**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re:   Lou Boyd | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge Clearly |
| | ) | Case # 19-04004 |

To:
**By Mail, See Attached Service List**
**By Electronic Notice, Trustee Marilyn Marshall, courtdocs@chi13.com**
          **US Trustee Patrick S Layng, USTPRegion11.es.ecf@usdoj.gov**

### NOTICE OF MOTION

Please take notice that on **May 18, 2020 at 1:30p.m.** I shall bring the above motion for hearing before Judge Cleary, or whomever is sitting in Judge Clearly,s stead, in courtroom 644 at 219 S. Dearborn Street, Chicago, Illinois 60604.

Any party who objects to the Motion and wants it called must file a Notice of Objection no later than two (2) business days prior to the presentment date of May 15, 2020. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion without a hearing before the presentment date.

### Certification

I certify that the motion and notice of motion were served by mail to the parties listed on the attached service list by depositing copies in envelopes addressed to each party with proper postage in the United States mail on April 27, 2020 and by electronic notice through ECF at the above email address on April 27, 2020.

               */s/ David Gallagher*_____

               One of Attorneys for Debtor
               Gleason and Gleason
               77 W Washington, Suite 1218
               Chicago, IL 60602
               Ph: (312) 578-9530
               Fax: (312) 578-9524

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-04004<br>Northern District of Illinois<br>Eastern Division<br>Tue Oct  1 15:54:25 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT & T Mobility<br>Attn: Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Amita Health<br>Attn 16934J<br>PO Box 14000<br>Belfast, ME 04915-4033 | Arnold Scott Harris<br>111 W. Jackson Ste 400<br>Chicago, IL 60604-4135 |
| Atg Credit<br>1700 West Cortland Street<br>Suite 201<br>Chicago, IL 60622-1166 | CBCS<br>PO Box 2589<br>Columbus, OH 43216-2589 | Certified Services<br>PO Box 177<br>Waukegan, IL 60079-0177 |
| City of Chicago<br>Attn: Mayor Rahm Emanuel<br>121 N LaSalle, #507<br>Chicago, IL 60602-1208 | City of Chicago - Dept of Finance<br>Administrative Hearings<br>121 N LaSalle St 107A<br>Chicago, IL 60602-1232 | City of Chicago Corporation Counsel<br>Attn: Edward Siskel<br>30 N LaSalle St, Room 700<br>Chicago, IL 60602-2503 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Dept of Law<br>Attn: Charles King<br>121 North LaSalle Street, Suite 600<br>Chicago, IL 60602-1244 | ComEd Attn: Bkcy Dept<br>1919 Swift Dr<br>Oak Brook Terrace, IL 60523-1502 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 | Dr. Rathnakumar Yallapragada<br>6120 S Elm St<br>Willowbrook, IL 60527-5226 |
| Dupage Pathology Associates<br>520E 22nd St<br>Lombard, IL 60148-6110 | EPMG of Illinois, S.C.<br>PO Box 95968<br>Oklahoma City, OK 73143-5968 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| IPC Healthcare Services of Illinois<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems<br>PO Box 772813<br>Chicago, IL 60677-0113 | Lagrange Medical Healthcare Ltd<br>6170 Joliet Rd<br>La Grange, IL 60525-3971 |
| Lagrange Memorial<br>5101 Springs Rd<br>La Grange, IL 60525 | MCSI Inc<br>7330 College Drive #108<br>Palos Heights, IL 60463-1186 | Medical Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068-7219 |

| | | |
|---|---|---|
| Members Sources Credit Union<br>William M. Jonelis<br>9337 Calumet Ave<br>Munster, IN 46321-2894 | Merchants? Credit Guide Co.<br>223 West Jackson Boulevard<br>Suite 700<br>Chicago, IL 60606-6914 | Mercy Hospital & Medical Center<br>2525 S Michigan Ave<br>Chicago, IL 60616-2332 |
| Midland Orthopedic<br>2850 S Wabash Suite 100<br>Chicago, IL 60616-2491 | Nicor Gas<br>Attention: Bankruptcy Department<br>PO Box 549<br>Aurora, IL 60507-0549 | Nicor Gas Co.<br>1844 Ferry Road<br>Naperville, IL 60563-9600 |
| Northwest Collectors<br>3601 Algonquin Rd #232<br>Rolling Meadows, IL 60008-3143 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | PLS<br>Bankruptcy Department<br>One South Wacker 36th Floor<br>Chicago, IL 60606-4603 |
| Pathology Consultants of Chicago Lt<br>PO Box 88087<br>Chicago, IL 60680-1087 | Peoples Energy<br>Attn: Bankruptcy Dept<br>200 E Randolph St<br>Chicago, IL 60601-6302 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Secretary of State<br>Attn: Safety & Financial Resp<br>2701 S Dirksen Pkwy<br>Springfield, IL 62723-0002 | Soumya Health<br>3900 Gabrielle Ln 9130<br>Aurora, IL 60598-4335 | Suburban Pulmonary & Sleep<br>PO Box 967<br>Tinley Park, IL 60477-0967 |
| Suburban Radiologists<br>1446 Momentum Pl<br>Chicago, IL 60689-0001 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| United Furniture and Electronics<br>7325 S Ashland Ave<br>Chicago, IL 60636-4052 | David Gallagher<br>Gleason and Gleason<br>77 W Washington St<br>1218<br>Chicago, IL 60602-3246 | Julie M Gleason<br>Gleason & Gleason LLC<br>77 W Washington Suite 1218<br>Chicago, IL 60602-3246 |
| Lou Boyd<br>4622 S. Lake Park, Apt 1W<br>Chicago, IL 60653-4521 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services<br>PO Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Creditors Discount & Audit Co.<br>415 E Main St<br>Streator, IL 61364 |

```
Illinois Department of Revenue          Jefferson Capital Systems          T-Mobile Bankruptcy Team
Bankruptcy Section                      16 McLeland Rd                     PO Box 53410
PO Box 19035                            Saint Cloud, MN 56303              Bellevue, WA 98015
Springfield, IL 62794


End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53
```

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re:   Lou Boyd | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge Cleary |
| | ) | Case # 19-04004 |

**MOTION TO MODIFY PLAN PURSUANT TO 11 USC §1329**

Now comes Counsel for Lou Boyd Gleason and Gleason, and respectfully states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. That Debtor filed the above captioned case under section 13 of the Bankruptcy Code on February 14, 2019.

3. That Debtor's case was confirmed on June 10, 2019.

4. That Debtor's original plan calls for payments of $663.00 per month for 60 months with not less than 10% dividend to unsecured creditors. Debtor's plan payments were increased to $735.00 a month for the remainder of the plan by a plan modification on Octobers 29,2019.

5. The Debtor is a nurse who has underlying medical conditions that has caused her to stop working since the end of February 2020.

6. Debtor was forced into collecting short-term disability of around $3,000.00, debtor hasn't received the stub yet.

7. Debtor is seeking to defer her current trustee default up to May 2020 and extend the terms of her plan to 63 months under the new rules.

WHEREFORE, Debtor prays that this court enter an order deferring her current Trustee default up to May 2020, increase her plan terms to 63 months and any further relief as the Court deems just and necessary.

          Respectfully Submitted,

          */s/ David Gallagher*
          One of Attorneys for Debtor
          Gleason and Gleason
          77 W. Washington, Suite 1218
          Chicago, IL 60602
          Ph (312) 578-9530
          Fax (312) 578-9524
          Julie M Gleason #6273536
          Troy Gleason #6276510
          David Gallagher #6295024